UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 15-CR-20572-KMM

UNITED STATES OF AMERICA

vs.

LUIS ALBERTO ALVAREZ-HIDARRAGA,

       Defendant.
_____/

## GOVERNMENT'S MOTION FOR SENTENCE REDUCTION

The United States respectfully moves this Court, pursuant to Federal Rule of Criminal Procedure 35 and 18 U.S.C. § 3553(e), to reduce the defendant's sentence to reflect the defendant Luis Alberto ALVAREZ-HIDARRAGA's substantial assistance in the investigation and prosecution of another person. In support of this motion, the government states as follows:

1. On July 21, 2016, defendant ALVAREZ-HIDARRAGA pleaded guilty to Count 1 of the Indictment, which charged him with conspiracy to distribute more than five kilograms of cocaine knowing that it would be unlawfully imported into the United States, in violation of Title 21, United States Code, Sections 959 and 963 [DE 28].

2. On October 13, 2016, the Court sentenced this defendant to 135 months' imprisonment [DE 58].

3. Since his arrest, the defendant has assisted the United States in the investigation and prosecution of others.

4. At the Court's request, the United States will elaborate on the nature of the defendant's assistance at a hearing.

5. Defense counsel Joaquin Perez agrees with the Government's motion, and he will inform the Court of his recommended percentage reduction at the hearing. At the hearing, the Government will seek a thirty-three (33) percent reduction in his sentence for an adjusted sentence of 90 months' incarceration.

6. WHEREFORE, the Government respectfully moves this Court for a reduction in the defendant Luis Alberto ALVAREZ-HIDARRAGA's sentence and requests that a hearing be set on the matter.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By:   s/*Robert J. Emery*
ROBERT J. EMERY
Assistant United States Attorney
Court ID No. A5501892
JLK Federal Justice Building
99 Northeast 4th Street
Miami, Florida 33132-2111
Telephone: 305-961-9421
Facsimile: 305-536-4699
Email: Robert.Emery2@usdoj.gov

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 16thday of August 2022, I filed the foregoing via CM/ECF, and therefore on counsel of record.

*s/Robert J. Emery*
ROBERT J. EMERY
Assistant United States Attorney