UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:15-CR-20572

UNITED STATES OF AMERICA
        Plaintiff,
vs.

LUIS ALBERTO ALVAREZ HIDARRAGA,
    13636-104
        Defendant.
_____/

## MOTION TO ORDER RELEASE OF ILLEGALLY HELD DEFENDANT

1. On August 29, 2022, this court entered an Order reducing Defendant's sentence to 90 months of imprisonment. Docket No. 135.

2. Mr. Hidarraga has been physically in prison for 87 months. With credit for good time earned, he would have been entitled to a release since the entry of the initial Order on August 29, 2022.

3. Neither the U.S. Marshalls or the Bureau of Prisons have acted upon the order reducing the sentence.

4. The undersigned has called Chambers as well as AUSA Robb Emery, both of whom appear indifferent to whether Defendant is illegally detained and entitled to be released.

WHEREFORE, Defendant prays for the court to enforce its own ruling and ascertain that proper steps are taken to secure Defendant's release by communicating with the U.S. Marshalls or the Bureau of Prisons.

Respectfully submitted,
/s/ *Joaquin Perez*
Joaquin Perez, Esq.
780 Coral Way
Miami, Florida 33155
Tel: (305) 261-4000
Fax: (305) 662-4067
FL Bar No. 335339
Jplaw1@bellsouth.net

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed this 25th day of October, 2022 via CM/ECF filing system and to all parties of record via the same system.

/s/ *Joaquin Perez*
Joaquin Perez, Esq.